HUNT v. REINSURANCE FACILITY
    No. 5
    Case below: 49 NC App
    Petition by defendants for discretionary review under G.S. 7A-

31 allowed 2 December 1980.